IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc., | ) | C/A No.: 4:11-2135-TLW-KDW |
| Plaintiff, | ) | |
| vs. | ) | |
| Rascals Café, LLC, d/b/a Rascals and Ricky L. Yeager, | ) | |
| Defendants. | ) | |

# ORDER

On August 12, 2011, the Plaintiff, Joe Hand Promotions, Inc. ("Plaintiff"), filed this civil action alleging violation of 47 U.S.C. §605 and 47 U.S.C. §553. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Kaymani D. West, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Default Judgment be granted. (Doc. # 13). Objections were due by September 17, 2012. Defendants have filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. # 13), and Plaintiff's Motion for Default Judgment is **GRANTED** (Doc. # 9).

    **IT IS SO ORDERED**.

                                                                                           s/Terry L. Wooten
                                                                                         United States District Judge

October 4, 2012
Florence, South Carolina